**Willie ELLIS, Petitioner–Appellant,**

v.

**J.E. GUNJA, Warden, Federal Correctional Institution, Cumberland; Harrell Watts, Administrator, National Inmate Appeal, Federal Bureau of Prisons, Respondents–Appellees.**

No. 01–6882.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 14, 2001.

Willie Ellis, Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Willie Ellis appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ellis v. Gunja*, No. CA–01–318–CCB (D.Md. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*